73,178-12

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

EX PARTE

§
§
§   Cause No.: 114-2075-07
§

ALBERT RANDOLPH

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 11 2015
Abel Acosta, Clerk

WRIT OF MANDAMUS

TO THE HONORABLE JUDGES OF SAID COURT:

NOW COMES, Albert Randolph, by and through his Applicant pro se and files this Writ of Mandamus, respectfully, requesting the Court to order the District Clerk, Lois Rogers, Smith County, Texas to immediately transmit Applicant's Writ of Habeas Corpus Application and Attachments to this Court:

I.

District Clerk recieved the Applicant's Writ of Habeas Corpus Application, Motions, Order Designation, and Memorandum on July 22, 2015 and Supplement Motions on ~~July~~ August 6, 2015.

II.

District Clerk is required by Article 11.07 § 3 (c), Texas Code of Criminal Procedure to transmit Writ Application and Attachments to this Court after the expiration of the time of 15 days and 20 days for the State and the trial Court to respond.

## III.

It has been past the Statute of Limitation and the Applicant has not received a response from the State or an order designating issue from the trial Court.

### PRAYER

WHEREFORE, Applicant prays the Honorable Court of Criminal Appeals grant his Motion, Writ of Mandamus.

Respectfully submitted,

Albert Randolph
TDCJ-ID: 1502696
BETO UNIT
1391 FM 3328
Tennessee Colony, Tx. 75880